TRINA A. HIGGINS, United States Attorney (#7349)
BRYAN R. WHITTAKER, Assistant United States Attorney (#16764)
Attorneys for the United States of America
Office of the United States Attorney
111 South Main Street, Suite 1800
Salt Lake City, Utah 84111-2176
Telephone: (801)524-5682

---

**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF UTAH**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>INGRID AVILA,<br><br>Defendant. | Case No.: 2:22-mj-366 CMR<br><br>**UNITED STATES' POSITION REGARDING DETENTION**<br><br>(Southern District of California Case No. 3:19-cr-2253) |

☐ The United States is not seeking detention.

☐ Detention is not at issue because this is an immigration reentry case where the defendant has opted to participate in the fast track program, which includes agreeing to detention for the pendency of this case.

☐ The United States moves for detention based on current information. The United States' positions in this preliminary pleading could change after reviewing the Pretrial Report or learning of additional evidence. The United States reserves the right to assert positions even if the boxes next to those positions are not checked below, raise additional arguments, and file additional pleadings in support of detention. The United States' motion for detention is:

☒ Pursuant to 18 U.S.C. § 3143(a)(1) because defendant is has been found guilty of the charge in the Information.

The standard for release under § 3143(a)(1) is: "the judicial officer shall order that

a person who has been found guilty of an offense and who is awaiting imposition or execution of sentence…be detained, unless the judicial officer finds by clear and convincing evidence that the person is not likely to flee or pose a danger to the safety of any other person or the community if released under section 3142(b) or (c)."

In this case, the defendant cannot show by clear and convincing evidence that she does not pose a flight risk. The defendant pled guilty to the offense in the felony Information on or about September 12, 2019. *See* SDCA Case No. 3:19-cr-2253, Doc. 24. Her sentencing hearing was set several months out. The hearing was continued multiple times. But, defendant did not appear for her sentencing hearing and an arrest warrant was issued on or about November 11, 2020. She has been missing for a significant period of time. She was not arrested in the State of California but in the District of Utah. Ms. Avila is a flight risk and therefore should be detained and transported back to the Southern District of California for her sentencing hearing.

DATED this 26th day of May 2022.

TRINA A. HIGGINS
United States Attorney

Bryan R. Whittaker

BRYAN R. WHITTAKER
Assistant United States Attorney